Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SORAYA LODIN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-J8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-J8; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-100,<br><br>  Defendants. | Case No.: 3:13-cv-04847-JSC<br><br>**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS; [Proposed] ORDER**<br><br>Date: ~~December 23, 2013~~ 1/23/2014<br>Time: 9:00am<br>Ctrm: F, 15th Fl<br>Judge: Hon. Jacqueline Scott Corley |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

Please take notice that Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear telephonically at the Motion to Dismiss hearing set for December 23, 2013, at 9:00am in Courtroom F, 15th Floor of the above-entitled Court.

Grounds for the request are as follows:

1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

1 | For the foregoing reasons, Plaintiff requests permission to appear by telephone.

DATED: December 6, 2013

                                    *s*/Michael Yesk_____
                                    Michael Yesk, Esq.
                                    Attorney for Plaintiff

IT IS SO ORDERED: Counsel shall contact Court Call to make the arrangements to appear by telephone.

Dated: December 11, 2013       _____
                                  UNITED STATES MAGISTRATE

**GRANTED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley