Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SORAYA LODIN,

        Plaintiffs,

vs.

BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-J8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-J8; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-100,

        Defendants.

Case No.: 3:13-cv-04847-JSC

**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS; [~~Proposed~~] ORDER**

Date: ~~December 23, 2013~~ 1/23/2014
Time: 9:00am
Ctrm: F, 15th Fl
Judge: Hon. Jacqueline Scott Corley

TO DEFENDANT AND ITS COUNSEL OF RECORD:

    Please take notice that Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear telephonically at the Motion to Dismiss hearing set for December 23, 2013, at 9:00am in Courtroom F, 15th Floor of the above-entitled Court.

Grounds for the request are as follows:

1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

1  For the foregoing reasons, Plaintiff requests permission to appear by telephone.

2

3

4  DATED: December 6, 2013

                         *s*/Michael Yesk_____

5                        Michael Yesk, Esq.
                         Attorney for Plaintiff

6

7     IT IS SO ORDERED: Counsel shall contact Court Call to make the arrangements
      to appear by telephone.

8

9  Dated: December 11, 2013        _____
                                  UNITED STATES MAGISTRATE

10

*GRANTED — Judge Jacqueline Scott Corley*

PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT THE MOTION TO DISMISS; [~~Proposed~~] ORDER

2